## Case No. 5,004.
### FOWLER v. WARFIELD.
[4 Cranch, C. C. 71.] [1]
Circuit Court, District of Columbia. May Term, 1830.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (nem. con.), at the prayer of the defendant, instructed the jury, that this evidence of notice was not sufficient to charge the defendant in this action; upon the authority of the case of the Bank of U. S. v. Corcoran, 2 Pet. [27 U. S.] 121. Nonpros.